```
 1  DAVID JAY MORGAN, ESQ.
    STATE BAR NUMBER 028994
 2  DAVID JAY MORGAN, INC.
    A PROFESSIONAL CORPORATION
 3  1900 O'FARRELL STREET, SUITE 190
    SAN MATEO, CALIFORNIA   94403
 4  TELEPHONE:     (650) 286-1212
    FAX:           (650) 286-1216
 5
 6  Attorney for Plaintiff
 7
                    UNITED STATES DISTRICT COURT
 8
                   NORTHERN DISTRICT OF CALIFORNIA
 9
10  ANDREINI & COMPANY,          )   Case No.3:05-CV-02822-MJJ
        a California corporation,)
11                               )   [PROPOSED] ORDER
        Plaintiff,               )   TO CONTINUE HEARING
12                               )
    vs.                          )
13                               )
    DARWIN PROFESSIONAL UNDER-   )
14  WRITERS, INC., a corporation;)
    CAPITOL INDEMNITY CORPORATION,)
15  a corporation; CAPITOL       )
    SPECIALTY INSURANCE          )
16  CORPORATION, a corporation;  )
    PLATTE RIVER INSURANCE       )
17  COMPANY, a corporation;      )
    BLUE & WHITE CO., INC., a    )
18  corporation; and BLUE &      )
    GOLD CO., INC., a            )
19  corporation; and DOES 1      )
    through 10,                  )
20                               )
        Defendants.              )
21  ─────────────────────────────)
22
23      Pursuant to the foregoing stipulation, and
24      GOOD CAUSE APPEARING THEREFOR,
25      The hearing now scheduled for October 18, 2005, shall be
26
```

continued to November 22, 2005.

Dated: 9/30/2005

*/s/ Martin J. Jenkins*
Judge of the United States District Court