1  DAVID JAY MORGAN, ESQ.
   STATE BAR NUMBER 028994
2  DAVID JAY MORGAN, INC.
   A PROFESSIONAL CORPORATION
3  1900 O'FARRELL STREET, SUITE 190
   SAN MATEO, CALIFORNIA   94403
4  TELEPHONE:     (650) 286-1212
5  FAX:           (650) 286-1216

6  Attorney for Plaintiff

E-filing

FILED

OCT 0 3 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREINI & COMPANY, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> DARWIN PROFESSIONAL UNDER-WRITERS, INC., a corporation; CAPITOL INDEMNITY CORPORATION, a corporation; CAPITOL SPECIALTY INSURANCE CORPORATION, a corporation; PLATTE RIVER INSURANCE COMPANY, a corporation; BLUE & WHITE CO., INC., a corporation; and BLUE & GOLD CO., INC., a corporation; and DOES 1 through 10, <br><br> Defendants. | Case No.3:05-CV-02822-MJJ <br><br> STIPULATION AND ORDER TO CONTINUE HEARING |

It is hereby stipulated by and between the parties, through their respective attorneys, that the hearing now scheduled for

STIPULATION AND ORDER
TO CONTINUE HEARING            1

1  October 18, 2005, Department 11, at 9:30 a.m., be continued to
2  November 22, 2005.
3
4  Date: 9/27/2005                    /s/
                                    David Jay Morgan
5
6  Date: 9/27/2005                    /s/
                                    Lyndy Chang Stewart
7

**IT IS SO ORDERED**

/s/ Martin J. Jenkins

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

10/3/2005
**DATE**

STIPULATION AND ORDER
TO CONTINUE HEARING                 2