E-filing

DAVID C. CAPELL (SBN: 114691)
LYNDY CHANG STEWART (SBN: 196455)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 986-5900
Facsimile: (415) 986-8054

**FILED**

OCT 17 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attorneys for Defendant
CAPITOL INDEMNITY CORPORATION, incorrectly
also sued herein as DARWIN PROFESSIONAL
UNDERWRITERS, INC., CAPITOL SPECIALTY
INSURANCE CORPORATION, and PLATTE RIVER
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANDREINI & COMPANY, a California corporation,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DARWIN PROFESSIONAL UNDERWRITERS, INC., a corporation; CAPITOL INDEMNITY CORPORATION, a corporation; CAPITOL SPECIALTY INSURANCE CORPORATION, a corporation; PLATTE RIVER INSURANCE COMPANY, a corporation; BLUE & WHITE CO., INC., a corporation; and BLUE & GOLD CO., INC., a corporation; and DOES 1 through 10,<br><br>                    Defendants. | CASE NO. C 05-02822 MJJ<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Judge Presiding:    Martin J. Jenkins<br>Date Action Filed:  May 27, 2005<br>Trial Date:          None |

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

IT IS HEREBY STIPULATED by and between the parties to this action through their

designated counsel that the above-captioned matter be and hereby is dismissed without prejudice

pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. This stipulation includes all

causes of action asserted by any party against any other party, including (1) the causes of action

asserted by Plaintiff and Counter-Defendant Andreini & Company ("Andreini") against all

named Defendants in its Complaint and (2) the cause of actions asserted by Defendant and

-1-

Case 3:05-cv-02822-MJJ   Document 17   Filed 10/13/2005   Page 2 of 3

1   Counter-Claimant Capitol Indemnity Corporation against Andreini in its Counterclaim.

2

3   Dated: October ___, 2005                    GORDON & REES LLP

4                                               ___/s/_____
                                                By:    David C. Capell
5                                               Attorneys for Defendant and Counter-Claimant
                                                Capitol Indemnity Corporation
6

7   Dated: October ___, 2005                    LAW OFFICES OF DAVID JAY MORGAN

8                                               ___/s/_____
9                                               By:    David Jay Morgan
                                                Attorneys for Plaintiff and Counter-Defendant
10                                              Andreini & Company

11  **IT IS SO ORDERED.**

12

13  DATED: ___10/15_____, 2005

                                                _____
14                                              HON. MARTIN J. JENKINS
                                                Judge, United States District Court for the
15                                              Northern District of California

16

17

18

19

20

21

22

23

24

25

26

27

28

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

-2-

Case 3:05-cv-02822-MJJ   Document 17   Filed 10/13/2005   Page 3 of 3

## ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Dated:  October ___, 2005                           GORDON & REES LLP

                                                    ____/s/_____
                                                    By:     David C. Capell
                                                    Attorneys for Defendant and Counter-Claimant
                                                    Capitol Indemnity Corporation

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

DRWN\1033904\897493.1

-3-

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE                          CASE NO. C-05-02822 MJJ